IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| XY, LLC, | § | |
|       Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5:12-cv-208-OLG |
| TRANS OVA GENETICS, L.C., | § § § | |
|       Defendant. | § | |

### PLAINTIFF'S NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE JURISDICTION

XY, LLC, ("Plaintiff") files this Notice of Non-Consent to Magistrate Judge jurisdiction. Plaintiff has no objection to the Court's referral of pretrial matters to Judge Mathy as referenced in the Court's April 23, 2012 Order and Advisory, subject to Plaintiff's right to object to specific orders and recommendations under Rule 72. But Plaintiff respectfully declines to give its consent to Magistrate Judge jurisdiction, and **does not** consent to trial or entry of a final judgment by a United States Magistrate Judge.

Dated:  May 23, 2012

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ Daniel L. Moffett
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
DANIEL L. MOFFETT
State Bar No. 24051068
dmoffett@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

**ATTORNEYS FOR PLAINTIFF
XY, LLC**

1

202805920

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 23rd of May, 2012.

/s/ Daniel L. Moffett
Daniel L. Moffett

202805920